## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| STEVEN L. NUNLEY, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:17-cv-00049 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| SWVRJA DUFFIELD | ) | By: Norman K. Moon |
| FACILITY SERVICES, | ) | United States District Judge |
|     Defendant(s). | ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This \_\_\_\_8th\_\_\_\_ day of March, 2017.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE